NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000317
12-JUL-2019
10:13 AM

NO. CAAP-17-0000317

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


FRANCIS P. KAHAWAIOLAA, Plaintiff-Appellant,
v.
HAWAIIAN SUN INVESTMENTS, INC., a Hawaii Domestic Corporation,
Ronald J. Blanset and Janice M. Blanset,
Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 15-1-0180)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of Defendants-Appellees Hawaiian Sun Investments, Inc., a Hawaii Domestic Corporation, Ronald J. Blanset and Janice M. Blanset's July 10, 2019 Motion for Reconsideration (Motion), the papers in support and the record and files in this case,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, July 12, 2019.


Presiding Judge

Associate Judge

Associate Judge